IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLHAM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>SWEEPSTEAKS LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM,<br><br>*Defendants*. | Case No.:<br><br>Removed from Circuit Court of Jackson County, Missouri at Independence, Case No. 2516-CV35089 |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants Sweepstakes Limited, Aubrey Drake Graham, and Adin Ross, by counsel, pursuant to 28 U.S.C.§1446(d), on December 23, 2025, filed a Notice of Removal removing this action from the Circuit Court of Jackson County, Missouri, to the United States District Court for the Western District of Missouri.

A true and correct copy of the Notice of Removal was filed with the clerk of the Circuit Court of Jackson County, Missouri, and served on all parties.

Date: December 23, 2025

Respectfully Submitted,

**GOOSMANN LAW FIRM**

By: *Steven C. Henricks*
Steven C. Henricks, #51566
Goosmann Law Firm, PLC
17838 Burke Street, Suite 250
Omaha, NE 68118
Tel. 402.282.8538
henrickss@goosmannlaw.com

1

A. Jeff Ifrah*
D.C. Bar No. 456661
Robert W. Ward*
D.C. Bar No. 90033268
IFRAH PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Sweepstakes Limited and Aubrey Drake Graham*


**NEIMAN MAYS FLOCH & ALMEIDA, PLLC**

By: */s/ Brandon S. Floch*
Brandon S. Floch
Florida Bar No. 125218
bfloch@nmfalawfirm.com
Christopher D. Joyce
Florida Bar No. 1020006
cjoyce@nmfalawfirm.com
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Phone: (305) 434-4943
*Counsel for Adin Ross*

2

*pro hac vice* forthcoming