IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLHAM, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>SWEEPSTEAKS LIMITED; ADIN ROSS; and AUBREY DRAKE GRAHAM,<br><br>    *Defendants*. | Case No.:<br><br>Removed from Circuit Court of Jackson County, Missouri at Independence, Case No. 2516-CV35089 |

**DEFENDANT SWEEPSTEAKS LIMITED'S
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTEREST**

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 7.1, Defendant Sweepsteaks Limited discloses as follows:

1. Sweepsteaks Limited is incorporated under the laws of Cyprus and maintains its principal place of business in Australia.

2. Sweepsteaks Limited has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: December 23, 2025

Respectfully Submitted,

**GOOSMANN LAW FIRM**

By: *Steven C. Henricks*
Steven C. Henricks, #51566
Goosmann Law Firm, PLC
17838 Burke Street, Suite 250
Omaha, NE 68118
Tel. 402.282.8538
henrickss@goosmannlaw.com

1

A. Jeff Ifrah*
D.C. Bar No. 456661
Robert W. Ward*
D.C. Bar No. 90033268
IFRAH PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, D.C. 20006
jeff@ifrahlaw.com
rward@ifrahlaw.com

*Counsel for Defendants Sweepsteaks Limited*

*pro hac vice* forthcoming