**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| JUSTIN KILLHAM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>SWEEPSTEAKS LIMITED, ADIN ROSS, and AUBREY DRAKE GRAHAM,<br><br>*Defendants*. | Case No.: 4:25-cv-00990-DGK |

**DECLARATION OF ADIN ROSS**

I, Adin Ross, hereby state as follows:

1. I am over the age of eighteen and competent to make this declaration. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction.

3. I am a professional online internet personality and livestreamer. My work includes live commentary, interviews, collaborative streams with other online creators, and real-time audience engagement. I have held this role during the period of time relevant to this dispute.

4. I have never traveled to or resided in the state of Missouri. I reside in Florida.

5. I do not maintain an office, mailing address, bank account, phone number, or a registered agent in Missouri.

6. I do not have any employees or agents in the state of Missouri.

7. Any content I have created, advertised, or posted relating to Stake.us has been published solely on nationally or globally available internet platforms, including Kick, Instagram, and X. I have not used any Missouri-specific media outlets, publications, channels or advertising platforms to promote Stake.us. Nor have I directed, tailored, or targeted my Stake.us-related promotional content specifically to Missouri residents or to the Missouri market.

8. I have never created Stake.us-related content with the intention or understanding that my content would be used to advertise Stake.us specifically in the state of Missouri.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

______________________________

Adin Ross

Executed on February 5, 2026, at Miami-Dade County, Florida